IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-087 |
| | ) |
| TODD DAVID BRENINGHOUSE | ) |

O R D E R

AND NOW, to wit, this 8th day of Jan , 2010, upon consideration of the Government's Response to Defendant's Motion to Terminate Supervised Release,

IT IS HEREBY ORDERED that the defendant's Motion to Terminate Supervised Release is DENIED.

GARY L. LANCASTER
CHIEF UNITED STATES DISTRICT JUDGE

cc: AUSA Stephen R. Kaufman
    Todd David Breninghouse